# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | 5:20-CV-00153 |
| | § | |
| 14,887 COVID TEST KITS | § | |
| Defendant | § | |

## **DECLARATION OF PUBLICATION**

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 18, 2020 and ending on October 17, 2020 as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2020 at Laredo, TX.

                                              */s/ Alicia Laurel*
                                              Alicia Laurel
                                              Paralegal
                                              11204 McPherson Rd., Suite 100A
                                              Laredo, TX 78045
                                              Phone: 956-723-6523