# EXHIBIT "A"

U.S. Department of Justice
United States Attorney's Office
Southern District of Texas
11204 McPherson Road, Suite 100A
Laredo, TX 78045-6576

Official Business

7020 0640 0000 9691 5740

MR. JOSE SALVADOR TELLEZ, II
TELLEZ LAW
1000 WASHINGTON STREET #1
LAREDO TX 78040



ZIP 78045
02 4W
0001131736 SEP. 17. 2020
$ 007.05⁰
US OFFICIAL MAIL — PENALTY FOR PRIVATE USE $300
PITNEY BOWES

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. JOSE SALVADOR TELLEZ, II
TELLEZ LAW
1000 WASHINGTON STREET #1
LAREDO TX 78040



9590 9402 6146 0209 2321 35

2. Article Number (Transfer from service label)

7020 0640 0000 9691 5740

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. JOSE SALVADOR TELLEZ, II
TELLEZ LAW
1000 WASHINGTON STREET #1
LAREDO TX 78040

9590 9402 6146 0209 2321 35

2. Article Number (Transfer from service label)

7020 0640 0000 9691 5740

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Priscilla Villanueva
☐ Agent
☐ Addressee

B. Received by (Printed Name): MM 603 C19
C. Date of Delivery: 9-21-20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt