United States District Court
Southern District of Texas
**ENTERED**
November 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § | CIVIL ACTION NO. 5:20-CV-153 |
| 14,887 COVID TEST KITS | § § § | |

# FINAL ORDER OF FORFEITURE

The United States' Motion for Default Judgment and Entry of Final Order of Forfeiture has been granted. Accordingly, it is **ORDERED** that Defendant Property is forfeited to the United States of America to be disposed of according to law.

It is so **ORDERED**.

**SIGNED** November 19, 2021.

_____
Marina Garcia Marmolejo
United States District Judge